**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Wenley McCLAREN, Defendant—
Appellant.**

**No. 08–7120.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 20, 2009.

Brian Christopher Crockett, Assistant Federal Public Defender, Martinsburg, West Virginia, for Appellant. Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wenley McClaren appeals the district court's order granting in part and denying in part his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. McClaren,* No. 3:90–cr–00007–JPB–1 (N.D.W. Va. June 30, 2008); *see United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). We further deny McClaren's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*